AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

X ☐ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C § 292.):

| DOCKET NO.<br>17-cv-5052 I(4)] | DATE FILED<br>5/18/2017] | U.S. DISTRICT COURT<br>Eastern District of Louisiana, 500 POYDRAS St., Rm C-151, New Orleans, LA 70130 |
|---|---|---|
| PLAINTIFF<br>JOLIE DESIGN & DÉCOR, INC., et al | | DEFENDANT<br>BB FROSCH, LLC, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,232,734 | 10/30/2012 | Annie Sloan Interiors, Ltd |
| 2 | 4,322,847 | 4/23/2013 | Annie Sloan Interiors Ltd. |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK<br>WILLIAM W. BLEVINS | (BY) DEPUTY CLERK<br>*Jennifer Schonet* (signature) | DATE<br>May 19, 2017 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy