```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: June 5, 2017

Jolie Design & Decor, Inc. and Annie Sloan Interiors, Ltd.

vs.

BB Frosch, LLC; The JKKJKK Trust; Jason Smith; and Kristin Smith

Case No. 2:17-cv-05052 Section I

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Jason Smith
   (address) 7973 Sleeping Lily Drive, Las Vegas, NV 89178
2. (name) Kristin Smith
   (address) 4968 Danube Ave., Las Vegas, Nevada 89141
3. (name) BB Frosch, LLC
   (address) 7973 Sleeping Lily Drive, Las Vegas, Nevada 89178
4. (name) JKKJKK Trust
   (address) 7973 Sleeping Lily Drive, Las Vegas, Nevada 89178

Very truly yours,

/s/J. Matthew Miller III
"Signature"

Attorney for Plaintiffs
Address  Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163